United States District Court for the Western
District of Missouri
File Number : 4:19-cv-00762-FJG

| Chiya Lloyd, Plaintiff |
| v. |
| Experian Information Solutions, Inc., Defendant |

Notice of Appeal

    Notice is hereby given that Chiya Lloyd, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the **8th Circuit** from an Order entered in this action on the 8th day of August 2021.

(s) Chiya Lloyd
Pro Se Appellant
605 SW US 40 Highway, #447
Blue Springs, MO 64014

[***Note to inmate filers:*** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]