# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 21-2882

_____

Chiya Lloyd

Plaintiff - Appellant

v.

FedLoan Servicing; Equifax Information Services LLC; TransUnion, LLC

Defendants

Experian Information Solutions, Inc.

Defendant - Appellee

------

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:19-cv-00762-FJG)

------

**JUDGMENT**

Before LOKEN, STRAS, and KOBES, Circuit Judges.

The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed for lack of jurisdiction.

August 27, 2021

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans